JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds, | CV 20-784 PA (PJWx) |
|        Plaintiff, | JUDGMENT |
|    v. | |
| Sang K. Kim et al., | |
|        Defendants. | |

Pursuant to the Court's May 26, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  May 26, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE